UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| TREDJE AP-FONDEN, | |
| Plaintiff, | No. 08-cv-0116 |
| -against- | ECF CASE |
| VIVENDI, S.A., JEAN-MARIE MESSIER and GUILLAUME HANNEZO, | |
| Defendants. | |

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Tredja AP-fonden ("AP3") states the AP3 is neither publicly traded nor owned more than 10% by any publicly traded company.  AP3 is one of five "buffer funds" (the "AP Funds") that collectively hold approximately 10% of the Swedish national pension fund system's assets and that are regulated by the Swedish National Pension Fund Act.

The undersigned counsel of record for AP3 certifies that they are not aware of any

- 2 -

interested parties other than those participating in the case.

Dated: New York, NY  
       January 7, 2008

**GRANT & EISENHOFER P.A.**

By: _____
   Stuart M. Grant (SG-8157)
   James J. Sabella (JS-5454)
   Diane Zilka (DZ-9452)
   Christine M. Mackintosh

485 Lexington Avenue
29th Floor
New York, NY 10017
(646) 722-8500

*Attorneys for Plaintiff*